Plaintiffs
Bret Neal
Pansy James
1402 Brooks Ln
Toppenish, WA 98948

VS.

Yakima Regional Hospital
Santoy Jessica (RN)
Jennifer Honsinger (RN)
Brianna Marshals (RN)
Henderson John   MD

110 South 9th ave
Yakima, WA 98902

1:14-CV-03192-LRS

On July 18th 2014 around 1308 hr Pansy James and her kid was taken to Yakima Regional Hospitle. Jennifer Honsinger was the primary nurse they treated her as a drunk indian Pansy James Brother got to the hospitle at 415pm and left around 430pm Pansy James wounds was steel opened at that time her husband got to the hospitle 4½ hours after she was taken to the hospitle he saw her steal Bloody and all wounds was un treated when he asked them to clean her up They said that they were doing other things, Mr Neal saw them seating around and talking about what they were going to do after work, It too them almost 8 hours to fix her wounds Pansy James had to clean her self up after she was told that she was drunk, Everyone was rude and never came into the ER room #2 The whole Time her ex boyfriend and ant and husband was There, This Treatment From the hospitle is uncalled for ~~she~~ Pansy James is now going to a wound center at a nother hospitle do to the treatment that was not given to her right a way! They left her laying in her own Blood and Left her wounds open for almost 8 hours The three Nurse's are unBecoming to help others in need of help, And put her Life in danger. We are asking For The Nurses to stop being Nurses in Washington state, And $~~50,000,000~~ 50,000,000 in damges And That the hospitle shut down as a hospitle

2 →

RECEIVED DEC 15 2014 CLERK, US DISTRICT COURT YAKIMA, WASHINGTON

②

We are not trust and this must stop
They would not care for her Because of Pansy
James being an Indian of Yakima. All wintness
will be making statements on what they saw
and how Pansy James was treated.
We have records on All of This as well

signd by *Bret Neal*   (Bret Neal
signd by _____   (Pansy James